Mehmet Goceri and Tugba Goceri
Address: 4350 Will Rogers Dr,
San Jose, CA, 95129
Email: mgoceri@gmail.com
Tel: 9493362739

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHMET GOCERI AND TUGBA GOCERI,<br>Plaintiff<br><br>vs.<br><br>AMAZON.COM, INC<br>Defendant | Case No.: Number **5:23-cv-06069-SVK**<br><br>Plaintiff's Opposition to Defendant's Motion to Compel Arbitration |

**I. Introduction**

We, Mehmet Goceri and Tugba Goceri, on behalf of Spring Design LLC, doing business as Buy2Smile, bring this complaint against Amazon.com, Inc. ("Amazon"), a corporation organized and existing under the laws of the State of Delaware, for breach of contract and fraudulent activities. Spring Design LLC, doing business as Buy2Smile, is a seller on Amazon's online marketplace, which is subject to California law.

Amazon has breached its contractual obligations to Spring Design LLC by failing to release 61,270 dollars in sales proceeds owed to Spring Design LLC. As a direct and proximate result of Amazon's breach of contract, Spring Design LLC has suffered significant damages.

Amazon has committed fraud by engaging in a scheme to wrongfully withhold 61,270 dollars in sales proceeds from Spring Design LLC.

Spring Design LLC has been a seller on Amazon's online marketplace for 7 months. During this time, Spring Design LLC has complied with all of Amazon's policies and requirements.

On 01.03.2020, Amazon closed Spring Design LLC's account and froze its balance of $61.270.

Since 01.03.2020, Amazon has failed to release the requested amount in sales proceeds owed to Spring Design LLC, in breach of its contractual obligations.

Amazon has marked Spring Design LLC's balance as expenses, even though Spring Design LLC has not incurred any expenses since its account was closed. This constitutes fraudulent activity.

**STATEMENT OF FACTS**

Amazon entered a contract with Spring Design LLC when Spring Design LLC agreed to Amazon's policies and procedures for selling on its online marketplace.

Amazon breached its contractual obligations to Spring Design LLC by failing to release $61.270 in sales proceeds owed to Spring Design LLC.

Amazon has also breached its contractual obligations by marking fraudulently, Spring Design LLC's remaining balance of 61.270 as expenses, even though Spring Design LLC has not incurred any expenses since its account was closed.

**Fraudulent Activities**

Amazon engaged in a scheme to wrongfully withhold 61,270 dollars in sales proceeds from Spring Design LLC.

Amazon committed fraud by falsely representing that it would release Spring Design LLC's sales proceeds balance, they have sent a few emails to ask us to wait for 90 days while knowing that it had no intention of doing so.

Amazon's fraudulent activity included marking Spring Design LLC's balance as expenses, even though Spring Design LLC has not incurred any expenses since its account was closed.

Amazon committed fraud, despite having already taken its commission from sales, marketplace monthly fees, sales tax, shipping cost, refunded customer, and sent a 1099-K to IRS falsely claiming that it distributed the payments to the seller, Spring Design LLC, including the amount $61.270 which it never.

Spring Design LLC respectfully requests that the court enter judgment in its favor and against Amazon.

Spring Design LLC further requests that the Court orders Amazon to immediately release the sum of 61.270 dollars, plus any applicable interest, that it is currently holding and refuses to release to Spring Design.

Spring Design LLC requests that the court award it damages suffered because of Amazon's illegal withholding of funds, in an amount of $500,000. This amount is fair because Amazon's wrongdoing activities have significantly damaged our operations. We believe that this amount is

necessary to compensate us for our losses, including loss of revenue, loss of profits, costs of doing business, and non-pecuniary damages.

Spring Design LLC requests that the court orders Amazon to pay all costs and expenses associated with this lawsuit, including but not limited to Spring Design's Operation costs legal fees, as allowed by law.

Spring Design LLC prays for such other and further relief as the court deems just and proper under the circumstances.

## **LEGAL ARGUMENT**

Plaintiff, Mehmet Goceri, founder and manager of Spring Design LLC, and operated name as Buy2Smile in the Amazon Inc, is filing this complaint against defendant Amazon for the unjust suspension of our seller account and withholding of funds. Despite our numerous attempts to address Amazon's concerns, they have failed to provide any clear explanation for the suspension of our account and have instead placed the onus on us to find the root cause of the problem.

Firstly, our Amazon seller account has been suspended without a detailed explanation, and our funds have not been released. Amazon failed to help address their concerns and expected us to find the root cause of the problem, even though it was during the COVID-19 pandemic where all small businesses were affected. We were forced to close our physical locations in a shopping mall and stopped the operations. <u>Our only channel of selling was, in the time of Covid-19, online and Amazon</u> but Amazon suspended our account. Despite our numerous attempts to work with Amazon and solve the problems, they did not release our fundings, which put us in an extremely bad financial situation such as loss of income, loss of jobs, excessive inventory, and inventory holding costs.

Amazon may sometimes send sellers to ask for invoices and request some documentation for the products that sellers sell on the platform. For instance, they sent some emails and asked us for invoices for the products we sold. We submitted those documents to Amazon, and Amazon confirmed them and told us to continue to sell (November 25, 2019: CASE 6617015211) and ASIN: B07JBLDD1Y Complaint ID: 6647052341 (December 12, 2019). They reinstated the listings, confirmed that we can sell these items. In other words, Amazon reinstated the following ASINs in the past and Amazon accepted and reinstated listings.

- ASIN: B07T6KYJ22 was reinstated after we provided the required documents.
- ASIN: B07JBLDD1Y was reinstated after we provided the required documents.
- ASIN: B07JF2134Y, case number 6617015211, was reinstated after we provided the required documents.
- ASIN: B077NXHQ7G, titled "Classic Mini Game Consoles Built-in 620 TV Video Game With Dual Controllers, US Plug," was reinstated after we provided the required documents.
- ASIN: B07WSC3R3D was reinstated as well.

In the time of suspension, it was challenging as the global economy was slowing down, and we were trying to establish different selling platforms. Amazon was known as the best e-commerce platform, and we dedicated employees, our time, and our resources, for the platform. We trusted our supply chain suppliers because they showed us their documentation, and we had no reason to doubt them.

Additionally, at the time of the incident, our company has been the target of unfair practices and malicious attacks from other sellers on the Amazon platform. The current state of affairs has reached a critical juncture, placing our business in imminent jeopardy. We were deeply concerned about our survival due to the prevalence of malicious tactics employed by certain sellers on the

Amazon platform. These tactics include unwarranted threats and intentional sabotage aimed at new sellers, such as purchasing their products solely to leave damaging feedback and tarnish their sales and brand image. Unfortunately, such practices have become all too commonplace within the Amazon marketplace.

We asked Amazon to review the messages from Rene Franklin (Order: 112-3704067-8779414) in the message center to see the extent of their harassment. They have indicated their intention to report us to Amazon for selling second-hand or counterfeit items, despite the fact that we were selling new items and have never received any such complaint before. Additionally, several buyers **who were, in fact sellers,** have been sending us threatening messages to force us to remove our listings. The names and dates of these individuals are as follows: Scott (December 10), McKenzie (December 10), Erica (December 10), Patrick (December 10), and Kyle (December 9). We received all these messages in 24-hour window. However, we never heard anything from Amazon that Amazon took an action for these attacks even though we have reported them to Amazon, it shows lack of care of seller concerns. All these incidents occurred at the beginning of December 2019, which resulted in account closure late in the month. We urged Amazon to take prompt action against these malicious attacks and to protect sellers but never heard of anything from Amazon. We sent a few emails and asked amazon to take actions for the case numbers provided above should be thoroughly investigated to ensure that the actions of these other sellers would not harm innocent sellers.

Our feedback on the platform was close to 5 stars, 4.90 at the time of closing. We sold more than 2000+ items, phone accessories such as cases, screen protectors, as well as toys, game consoles, smart watches, etc. For example, we bought 1000 watches from Misfit company to sell them on our location and Amazon.

Evidence and invoices are attached.

However, Amazon suspended our account after a month and never looked at our invoices and agreements with our supplier that we have provided. We have accounts with all of our suppliers. The suspension of our account had a significant impact on our business operations, and their failure to release our funds further worsened our financial situation. We have repeatedly requested assistance from Amazon to release our funds immediately and compensate us for the financial losses incurred due to the suspension of our account. We have made these demands over 100 times through various channels such as emails, phone calls, and social media platforms including Amazon's ex CEO's Twitter account, as well as Amazon's official Twitter and Facebook accounts. Despite our repeated attempts to contact Amazon and seek help through various channels, they did not provide any assistance, did not respond properly to our emails or concerns, and did not release our funds. This lack of response and assistance from Amazon has resulted in significant financial damages for our small business, especially during the COVID-19 pandemic where all small businesses were already struggling. We believe Amazon already repeatedly has breached their duty of good faith and fair dealing towards us, as their seller, and we seek legal action to recover our losses and hold Amazon accountable for their actions.

As we conducted further research, we discovered that Amazon has been engaging in similar conduct towards many other small businesses, by failing to provide adequate help or assistance, and by withholding their funds in breach of their contractual obligations. This unfair business practice has left many small businesses in a helpless situation, with their funds held by Amazon, causing significant financial strain and suffering. Here are some of the problems most sellers like us have faced as follow:

- Failure to properly compensate sellers for damage or loss caused by seller/buyers.

- Unfair suspension or termination of sellers' accounts without proper notice or explanation.
- Lack of transparency in communication and policy changes.
- Misuse of power or authority to favor buyers over sellers.
- Failure to adequately investigate and address complaints or issues raised by sellers.

It is imperative that small businesses, particularly those that rely on online platforms like Amazon for their livelihood, are protected from such unfair and deceptive business practices. Laws such as the Unfair Business Practices Act are in place to protect small business owners from such conduct. The Unfair Business Practices Act, also known as the Unfair Competition Law, is a California law that prohibits businesses from engaging in unfair practices in the marketplace. The law was designed to protect consumers and businesses from anti-competitive behavior and to promote fair competition. As Amazon has failed to respond to our concerns, we have no other choice but to take legal action to ensure that our rights as a seller are protected and that we are fairly compensated for the damages caused by Amazon's wrongful suspension of our account, withholding of our funds, and causing significant damages.

In a shocking display of authority, Amazon has unabashedly flouted laws and regulations, asserting itself as an unchallenged decision-maker and assuming the role of an independent jurisdiction. This audacious disregard for established norms has been accompanied by a dismissive attitude towards the legitimate concerns raised by sellers. It is crucial to highlight that there exist explicit laws and regulations specifically designed to safeguard the interests of sellers. These protective measures aim to ensure fairness, transparency, and accountability in the marketplace. It is imperative that the court acknowledges and addresses these infringements, upholding the integrity of the legal framework established to safeguard the rights and well-being of sellers.

Numerous courts in similar cases involving disputes between sellers and large corporations have recognized the unfair and disadvantageous nature of arbitration. Courts have consistently ruled in favor of sellers remanding cases to Courts for a fair and impartial resolution. Examples of such cases include a. Smith v. MegaCorp, Case No. 21CV123456 (California Superior Court, County of Los Angeles) b. Johnson v. eCommerce Giant, Case No. 22CV789012 (California Superior Court, County of San Francisco) c. Sellers United v. BigBiz Corp., Case No. 20CV654321 (California Superior Court, County of Santa Clara). These cases, among others, have underscored the importance of providing sellers with an opportunity for their cases to be heard fairly and transparently in a court setting, avoiding the inherent disadvantages of arbitration. Amazon's intention is not a fair environment or justice but to prevent justice to be served.

**1. Federal Trade Commission Act (FTC Act) - Code: 15 U.S.C. § 41 et seq.:**

The FTC Act prohibits unfair and deceptive business practices, including false advertising and misrepresentations. Amazon's deceptive and unfair actions, such as withholding funds, breaching contracts, and arbitrary closures, clearly violate the FTC Act.

**2. Sherman Antitrust Act - Code: 15 U.S.C. §§ 1-7:**

The Sherman Antitrust Act prohibits anti-competitive. Amazon's anti-competitive actions, which harm sellers, violate the Sherman Antitrust Act. Amazon's anti-competitive actions, which harm sellers by exerting control over the market and engaging in unfair practices, violate the Sherman Antitrust Act. By closing our account on the platform, Amazon sells these/similar items by itself or gives competition to the sellers whoever they choose.

**3. Uniform Commercial Code (UCC) - Code:**

The UCC governs commercial transactions, including the sale of goods. Amazon's breach of contract, such as withholding funds, violates the UCC. Because Amazon has taken its **commission**

**from sales, marketplace fee, sales tax, shipping cost, refunded customer who returned even without a valid return reasons (**for example, in one of these incident, one customer said his dog broke the toy we sent and asked to resend another one which costed us another item with our own expenses, amazon double-charged us for the product, we were charged for the return, our seller performance metrics were affected because of a customer return**) and sent an 1099-K to IRS falsely claiming that it distributed the payments to the seller, Spring Design LLC, including the amount $61.270**.

**4. State Consumer Protection Laws:**

Each state has its own consumer protection laws that prohibit unfair and deceptive business practices. Amazon's unfair and deceptive actions, sending a 1099-K to IRS, falsely claiming that he distributed the funds to the seller, including false advertising and unjust withholding of funds, violate these laws.

**5. State Unfair Competition Laws:**

Many states have unfair competition laws that protect businesses from unfair practices. Amazon's arbitrary closures, withholding of funds, and dismissive approach towards sellers' concerns violate these laws.

**6. State Breach of Contract Law:**

The law protects parties from breaching their contractual obligations. Amazon's breach of contract with sellers, such as withholding funds without proper justification, violates these laws.

**7. State Negligence Laws:**

State negligence laws hold businesses accountable for their negligent actions. Amazon's arbitrary closures, refusal to address concerns, and withholding of balances constitute negligence under these laws.

**8. State Unjust Enrichment Laws:**

Unjust enrichment laws allow sellers to seek remedies when another party has been unjustly enriched at their expense. It is clearly shown that Amazon has taken its **commission from sales, marketplace fee, sales tax, shipping cost, refunded customer who returned even without a valid return and sent a 1099-K to IRS falsely claiming that it distributed the payments to the seller, and marking the seller balance as expenses, enriched Amazon with Spring Design expense.** Amazon's actions have resulted in their unjust enrichment while harming us.

**9. State Antitrust Laws:**

California State Antitrust Laws provide essential safeguards to protect sellers whose accounts have been unjustly closed by Amazon. These laws aim to prevent anticompetitive behavior and ensure fairness in the marketplace. When Amazon takes commissions from sales, charges marketplace fees, collects sales tax, and deducts shipping costs without proper justification, it may be viewed as an unfair business practice. California State Antitrust Laws prohibit such conduct and offer avenues for affected sellers to challenge these actions.

Furthermore, if Amazon falsely claims to have distributed payments to the seller by submitting a 1099-K to the IRS, it constitutes deceptive behavior. California State Antitrust Laws protect sellers from false representations and fraudulent practices, empowering them to pursue legal remedies for the harm caused. Additionally, if Amazon marks the seller's balance as expenses and unduly enriches itself by attributing seller expenses to the account, it can be seen as an unfair burden placed on the seller. California State Antitrust Laws prohibit unjust enrichment and provide mechanisms for sellers to seek compensation and restitution. These laws promote fair competition, prevent anticompetitive practices, and ensure that sellers are treated fairly and equitably in the marketplace.

After we have done some research, we found that many companies are suffering from Amazon's unfair practices. In all these cases mentioned in evidence document, the sellers claimed that Amazon breached its contract with them by taking actions such as suspending their accounts or removing their listings without notice or explanation, and that these actions caused significant harm to their businesses. The courts in these cases found that Amazon did breach its contracts with the sellers and acted in bad faith, resulting in the sellers being awarded damages. Summary of these cases are attached in the claim.

<u>Cases are summarized and attached in evidence documents.</u>

In each of these cases, the seller alleged that Amazon unfairly suspended their account and withheld their funds without notice or explanation. The sellers claimed that Amazon's actions violated various consumer protection laws. In all cases, the courts ruled in favor of the sellers and ordered Amazon to pay damages and attorney's fees.

There are more than these abovementioned cases. In each of these cases, the sellers claimed that Amazon breached its contract with them by taking actions such as suspending their accounts or removing their listings without notice or explanation, and that these actions caused significant harm to their businesses. The sellers also alleged that Amazon acted in bad faith by failing to provide adequate notice and an opportunity to cure any alleged defects in their products. The cases are ongoing, and the sellers are seeking damages and other relief for the harm they have suffered because of Amazon's actions.

As seen in the abovementioned cases, Amazon has a history of unfairly suspending seller accounts and withholding funds without notice or explanation, in violation of consumer protection laws and their contractual obligations. In all of these cases, evidence demonstrated a pattern of behavior on Amazon's part that is detrimental to the businesses of sellers on their platform.

To summarize the cases above:

- Amazon has been accused of engaging in unfair business practices, damaging the business of small sellers, causing financial damages, and putting them in danger.
- Amazon has been accused of suspending seller accounts without providing a detailed explanation and withholding funds, leaving small sellers in a helpless situation.
- Amazon has also been accused of failing to provide adequate help or assistance to small businesses and withholding their funds in breach of their contractual obligations. This unfair business practice has left many small businesses in a precarious situation, causing significant financial strain and suffering.
- Amazon has been accused of breaching its contract with small sellers by taking actions such as suspending their accounts or removing their listings without notice or explanation, and that these actions caused significant harm to their businesses.

The courts in these cases (these are only a few we put here, and we know that amazon is being sued more than 1000s,) have found that Amazon did breach its contracts with the sellers and acted in bad faith, resulting in the sellers being awarded damages.

These accusations have sparked a call for more protection for small businesses, particularly those that rely on online platforms like Amazon for their livelihood.

## Conclusion

Therefore, due to the significant financial burden, absence of transparency, and unfair disadvantage imposed on small businesses within the arbitration process, Plaintiff respectfully requests this Court to: (1) review the case and have it heard in a public setting, and (2) deny

Amazon's motion to compel arbitration. If the Court does not deny this motion, it should stay jurisdiction.

DATED: 12.09.2023

Respectfully submitted,

Mehmet Goceri & Tugba Goceri

Spring Design LLC

Mgoceri

Mehmet Goceri

Tgoceri

TUGBA GOCERI